No. 74–1164. ALFRED A. KNOPF, INC., ET AL. *v.* COLBY, DIRECTOR, CENTRAL INTELLIGENCE AGENCY, ET AL. C. A. 4th Cir. Motion to expedite consideration of petition for writ of certiorari denied.

No. 74–5566. BARRETT *v.* UNITED STATES. C. A. 6th Cir. [Certiorari granted, 420 U. S. 923.] Motion for appointment of counsel granted. It is ordered that Thomas A. Schaffer, Esquire, of Cincinnati, Ohio, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 74–6216. McCORMICK *v.* LILLY, JUDGE. Motion for leave to file petition for writ of habeas corpus denied.

No. 74–6042. SIMS *v.* MORTON, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of prohibition denied.

No. 74–775. CITY OF NEW ORLEANS ET AL. *v.* DUKES, DBA LOUISIANA CONCESSIONS. Appeal from C. A. 5th Cir. Motion of appellee for leave to proceed *in forma pauperis* granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 74–858. CAREY, GOVERNOR OF NEW YORK, ET AL. *v.* SUGAR ET AL.; and

No. 74–859. CURTIS CIRCULATION CO. ET AL. *v.* SUGAR ET AL. Appeals from D. C. S. D. N. Y. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument.

No. 74–848. DAVID, COMMANDER, FORT DIX MILITARY RESERVATION, ET AL. *v.* SPOCK ET AL. C. A. 3d Cir. Certiorari granted.